# KENNETH J. ARONSON
### ATTORNEY AT LAW
### 270 MADISON AVENUE
### 13TH FLOOR
### NEW YORK, N.Y. 10016

VIVIAN SHEVITZ
COUNSEL

TELEPHONE: (212) 573-8920
FAX: (212) 688-6457

March 25, 2010

Via Fax 212-805-0426

Honorable Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2 9 MAR 2010
```

**Re: Anthony Casso v. Philip Carlo**
**Docket No. 2009 Civ. 520 (LTS)(JCF)**

Dear Judge Swain:

I am an attorney for Philip Carlo. Recently, I received papers from plaintiff's counsel moving for a default judgment against defendant Philip Carlo. By this letter, it is requested that the defense have until April 23, 2010, to submit answering papers to this motion. (Two of the individuals who will be providing affidavits in opposition are currently out of town.)

Thank you for your consideration of this request.

Respectfully yours,

Kenneth J. Aronson

cc: Anthony J. Pope, Esq.
Picillo, Caruso, Pope, Edell, Picini, P.C.
60 Route 46 East
Fairfield, NJ 07004

Via Fax 973-667-1200

The request is granted.

SO ORDERED.

NEW YORK, NY
LAURA TAYLOR SWAIN
Mar 29, 2010 UNITED STATES DISTRICT JUDGE