# CARUSO POPE SMITH EDELL PICINI

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

60 Route 46 East, Fairfield, New Jersey 07004
973-667-6000  973-667-1200 facsimile

ANTHONY J. POPE, ESQ.
apope@carusopopesmith.com

April 19, 2010

**Via Facsimile Only (212-805-0426)**
The Honorable Laura Taylor Swain, U.S.D.J.
United States District Court
Southern District of New York
One St. Andrew's Plaza
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 22 APR 2010
```

Re:  Casso v. Carlo
     Docket No.: 09-cv-520 (LTS)

## MEMO ENDORSED

Dear Judge Swain:

Pursuant to your Law Clerk's instructions, please accept this letter sent via facsimile as an official request by this firm to adjourn the conference scheduled for Friday, April 23, 2010 on the above-captioned matter.

As Your Honor is undoubtedly aware, on March 12, 2010, this office filed a Motion for Default Judgment against the Defendant for his failure to answer to the complaint in this matter. As a courtesy, a copy of same and supporting papers were sent to various addresses for the defendant, including a set c/o Mr. Kenneth Aronson, Esq. Ironically, Mr. Aronson, who heretofore refused to accept service on behalf of his client and to my knowledge, has not yet entered an official appearance as attorney for the defendant, responded by requesting an extension of a reply to Plaintiff's Motion for Default Judgment. The Court granted said request and the reply of (presumably) Mr. Aronson on behalf of the defendant is due on April 23, 2010. It is quite peculiar as to why Mr. Aronson is now assuming the role of defense attorney for Mr. Carlo at this point, where he has previously refused to do so. In any event, in light of the aforementioned pending motion, I respectfully request that the matter scheduled for April 23, 2010 be adjourned.

Your Honor's attention to this matter is greatly appreciated. Should you have any questions, I am at Your Honor's disposal.

*The conference is adjourned to June 11, 2010, at 10:00 AM.*
*SO ORDERED.*

Very truly yours,
CARUSO POPE SMITH EDELL PICINI, P.C.

ANTHONY J. POPE, ESQ

*/s/ 4/22/2010*
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

cc: Kenneth Aronson, Esq. (via facsimile)
Enc.