## CARUSO POPE SMITH EDELL PICINI

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

60 Route 46 East, Fairfield, New Jersey 07004
973-667-6000   973-667-1200 facsimile

ANTHONY J. POPE, ESQ.
apope@carusopopesmith.com

June 9, 2010

**Via Facsimile Only (212-805-0426)**
The Honorable Laura Taylor Swain, U.S.D.J.
United States District Court
Southern District of New York
One St. Andrew's Plaza
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11 JUN 2010
```

Re:  Casso v. Carlo
     Docket No.: 09-cv-520 (LTS)

**MEMO ENDORSED**

Dear Judge Swain:

Pursuant to your Law Clerk's instructions, please accept this letter sent via facsimile as an official request by this firm to adjourn the conference scheduled for Friday, June 11, 2010 on the above-captioned matter. Mr. Kenneth Aronson, Esq. has consented to this request.

As Your Honor is undoubtedly aware, a Motion for Judgment by Default has been filed by this office on behalf of the Plaintiff, and responded to by Mr. Aronson on behalf of Mr. Carlo. It is respectfully requested that this office be given two weeks to reply to Mr. Aronson's submission and the conference in this matter be adjourned pending the resolution of the Motion for Judgment by Default.

Your Honor's attention to this matter is greatly appreciated. Should you have any questions, I am at Your Honor's disposal.

Very truly yours,
CARUSO POPE SMITH EDELL PICINI, P.C.

*[signature]*
ANTHONY J. POPE, ESQ

cc:  Kenneth Aronson, Esq. (via facsimile)
Enc.

*The requests are granted. The conference is adjourned to August 6, 2010, at 2:30pm.*

SO ORDERED.

*[signature]* 6/11/10
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Philadelphia     New York     San Francisco