## CARUSO POPE SMITH EDELL PICINI

**A PROFESSIONAL CORPORATION**
**ATTORNEYS AT LAW**

60 Route 46 East, Fairfield, New Jersey 07004
973-667-6000   973-667-1200 facsimile

ANTHONY J. POPE, ESQ.
apope@carusopopesmith.com

August 4, 2010

**Via Facsimile Only (212-805-0426)**
The Honorable Laura Taylor Swain, U.S.D.J.
United States District Court
Southern District of New York
One St. Andrew's Plaza
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  0 5 AUG 2010
```

Re:   Casso v. Carlo
      Docket No.: 09-cv-520 (LTS)

## MEMO ENDORSED

Dear Judge Swain:

Pursuant to your Law Clerk's instructions, please accept this letter sent via facsimile as an official request by this firm to adjourn the conference scheduled for Friday, August 6, 2010 on the above-captioned matter.

I sincerely apologize to Your Honor. It was my understanding that Friday's appearance was to argue Plaintiff's Motion for Judgment by Default, and Plaintiff is prepared to proceed on that matter should Your Honor require oral argument. However, I have not submitted Your Honor's joint pre-trial order because of the belief that Friday's appearance was to address Plaintiff's motion. Additionally, it remains the Plaintiff's position that a joint submission at this time would be impossible as the Defendant remains in default, and has not answered the complaint. As the Plaintiff has maintained, Mr. Aronson's response to Plaintiff's motion without entering an appearance is erroneous. Nevertheless, I will oblige Your Honor's pre-trial order unilaterally if that is the Court's desire. To that end, I am respectfully requesting an adjournment of this Friday's appearance so same may be completed.

Your Honor's attention to this matter is greatly appreciated. Should you have any questions, I am at Your Honor's disposal.

*The initial conference is adjourned to October 29, 2010, at 10:00AM.*

SO ORDERED.

NEW YORK, NY _____
Aug. 5, 2010   LAURA TAYLOR SWAIN
              UNITED STATES DISTRICT JUDGE

Very truly yours,
CARUSO POPE SMITH EDELL PICINI, P.C.

ANTHONY J. POPE, ESQ

cc:   Kenneth Aronson, Esq. (via facsimile)
Enc.

Philadelphia   New York   San Francisco