# KENNETH J. ARONSON
ATTORNEY AT LAW
270 MADISON AVENUE
13TH FLOOR
NEW YORK, N.Y. 10016

VIVIAN SHEVITZ
COUNSEL

TELEPHONE: (212) 573-8920
FAX: (213) 688-6457

USDC SDNY
DOCUMENT
ELECTRONICALLY :
DOC #: _____
DATE FILED: 10 NOV 2010

**MEMO ENDORSED**

November 9, 2010

Via Fax 212-805-0426 (2 pages)

Honorable Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: Anthony Casso v. Philip Carlo
Docket No. 2009 Civ. 520 (LTS)(JCF)**

Dear Judge Swain:

I am saddened to report that Philip Carlo died on November 8, 2010, from ALS and that he will be interred on November 12. See the attached announcement. I am not sure if this will effect the scheduled hearing of November 22, 2010.

Respectfully yours,

Kenneth J. Aronson

cc: Anthony J. Pope, Esq.
Picillo, Caruso, Pope, Edell, Picini, P.C.
60 Route 46 East
Fairfield, NJ 07004

Via Fax 973-667-1200

The Clerk of Court is requested to docket this letter as a statement pursuant to Fed R Civ P. 25(a)(1) noting Mr Carlo's death. The conference and hearing that were scheduled for November 22, 2010, are adjourned to a control date of January 14, 2011, at 2:00pm. Mr Aronson is requested to convey the Court's condolences to Mr Carlo's family.
SO ORDERED.

NEW YORK, NY
LAURA TAYLOR SWAIN
NOV 9, 2010 UNITED STATES DISTRICT JUDGE

Subj:    **Philip Carlo**
Date:    11/8/2010 1:39:45 P.M. Central Standard Time
From:    pcarlo1847@aol.com
BCC:     JoanBAronson@aol.com

Dear Friends and Family,

Philip Carlo was born on April 19, 1949 in Brooklyn, New York and died on November 8, 2010 in Manhattan, a victim of ALS, also known as Lou Gehrig's Disease. Carlo was the author of several bestselling books including *Stolen Flower*, *Ice Man*, and the forthcoming memoir *The Killer Within*. He was considered an expert on serial killers, Mafia culture and sexual predators, and appeared on numerous television shows and documentary films on these varied subjects. He leaves behind his devoted widow, Laura Garofalo; his parents, Nina and Dante, whose lives he enriched through his selfless generosity; his sister, Doreen and brother-in-law, Joey; niece, Vanessa and numerous other family members.

In lieu of flowers, please send donations to:

ALS WORLDWIDE
www.alsworldwide.org

OR

Project A.L.S.
www.projectals.org

Reposing will be at Peter C. Labella Funeral Home from 2 to 5pm and 7 to 9:30pm Wednesday, November 10 and Thursday, November 11.
2625 Harway Avenue
Brooklyn, NY 11214
(718) 372-4242

Burial will be at Greenwood Cemetery in Brooklyn on Friday, November 12 at 11:15.