# THE ANTHONY POPE LAW FIRM, P.C. A PROFESSIONAL CORPORATION

60 Park Place, Suite 703, Newark, New Jersey 07102            ATTORNEYS AT LAW
973-344-4406   973-344-3201 facsimile

Anthony J. Pope, Esq.
Apope@apopefirm.com

January 12, 2011

**Via Facsimile Only (212-805-0426)**
The Honorable Laura Taylor Swain, U.S.D.J.
United States District Court
Southern District of New York
One St. Andrew's Plaza
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#: _____
FILED: 14 JAN 2011
```

Re:   Casso v. Carlo
      Docket No.: 09-cv-520 (LTS)

**MEMO ENDORSED**

Dear Judge Swain:

Pursuant to your Law Clerk's instructions, please accept this letter sent via facsimile as an official request by this firm to adjourn the conference scheduled for Friday, January 14, 2010 on the above-captioned matter.

As Your Honor is undoubtedly aware, indications have been made by Mr. Aronson that the defendant has passed away. As such, a formal motion under FRCP 25a will be forthcoming in accordance with that rule. In light of same, it appears that the conference scheduled for Friday will be a pointless exercise.

Your Honor's attention to this matter is greatly appreciated. Should you have any questions, I am at Your Honor's disposal.

*The conference is adjourned to March 25, 2011, at 10:15 AM.*

SO ORDERED.
NEW YORK, NY
Jan 13, 2011
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Very truly yours,
ANTHONY POPE LAW FIRM, P.C.

ANTHONY J. POPE, ESQ

cc:   Kenneth Aronson, Esq. (via facsimile)

Enc.