UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

ANTHONY CASSO,

        Plaintiff,

-v-                                         No. 09 Civ. 520 (LTS)

PHILIP CARLO,

        Defendant.

-------------------------------------------------------------x

### ORDER

In light of the passing of more than 90 days since the filing of the statement pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure (docket entry no. 31) and Plaintiff's failure to respond to the Court's Order to Show Cause (docket entry no. 33), the above-captioned action is hereby dismissed. The pretrial conference scheduled for March 25, 2011, is cancelled. The Clerk of Court is respectfully directed to terminate docket entry no. 16, enter judgment dismissing the complaint, and close this case.

        SO ORDERED.

Dated: New York, New York
       March 24, 2011

                                                         LAURA TAYLOR SWAIN
                                                         United States District Judge

CASSO DISMISSAL.WPD      VERSION 3/24/11