```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/27/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANTHONY CASSO,

                Plaintiff,

    -against-

PHILIP CARLO,

                Defendant.
-----------------------------------------------------------X

09 **CIVIL** 0520 (LTS)

**JUDGMENT**

    Whereas the above-captioned action having come before this Court, and the matter having come before the Honorable Laura T. Swain, United States District Judge, and the Court, on March 24, 2011, having rendered its Memorandum Order directing the Clerk of Court to enter judgment dismissing the complaint, and to close this case, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated March 24, 2011, the complaint is dismissed; accordingly, the case is closed.

**Dated:** New York, New York
         March 27, 2011

                                                              **RUBY J. KRAJICK**

                                                               **Clerk of Court**
                              **BY:**
                                                                **Deputy Clerk**

                                                          THIS DOCUMENT WAS ENTERED
                                                          ON THE DOCKET ON _____